MARK R. LEONARD (State Bar No. 219186)
STEPHEN L. DAVIS (State Bar No. 149817)
DAVIS & LEONARD, LLP
8880 Cal Center Drive, Suite 180
Sacramento, California 95826
Telephone:  (916) 362-9000
Fax:  (916) 362-9066
E-mail: mleonard@davisandleonard.com

Attorneys for Defendant
Performance Sports Nutrition, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THRESHOLD ENTERPRISES LTD., a Delaware corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>PERFORMANCE SPORTS NUTRITION, INC. DBA SOURCE ORGANIC WHEY,  a Florida corporation,<br><br>    Defendant. | CASE NO. C 15-01192 JCS<br><br>**DEFENDANT'S REQUEST FOR TELEPHONIC APPEARANCE; [PROPOSED ORDER]** |

    Defendant Performance Sports Nutrition, Inc. through its counsel, hereby respectfully requests the Court to permit its counsel to appear telephonically at the upcoming case management conference in this matter on Friday, June 12, 2014 at 2:00 p.m.  Defendant contends that good cause exists for this request because the issues to be addressed at the conference are expected to be resolved quickly. Additionally, Defendant's counsel is located in Sacramento, CA and travel to San Francisco for a personal appearance at what Defendant anticipates will be a brief conference is an unnecessary cost for Defendant.

///

1  Dated: June 1, 2015	DAVIS & LEONARD, LLP

3	/s/ Mark R. Leonard	
	Mark R. Leonard
4	Attorneys for Defendant
	Performance Sports Nutrition, Inc.

7  IT IS SO ORDERED.

9  Dated: June  1 , 2015	_____
10	Joseph C. Spero
	Judge of the United States District Court