VIA ECF

June 2, 2015

Joseph C. Spero
Chief Magistrate Judge
United States District Court
San Francisco Courthouse,
Courtroom G - 15th Floor
450 Golden Gate Avenue,
San Francisco, CA 94102

      Re:   *Threshold Enterprises Ltd., v. Performance Sports Nutrition, Inc.*
              Case No. C 15-01192 JCS

Dear Honorable Judge Spero:

Pursuant to your order dated June 1, 2015, in the above referenced matter, I will be available telephonically for the case management conference scheduled on Friday, June 12, 2015 at 2:00 p.m. at 916-362-9000 extension 104. If you require any additional information please do not hesitate to contact me.

Sincerely,

*Mark R. Leonard*

Mark R. Leonard

IT IS HEREBY ORDERED THAT Mr. Leonard shall be on phone stand by and await the Court's call.
Dated: 6/3/15



IT IS SO ORDERED AS MODIFIED
Judge Joseph C. Spero

8880 Cal Center Drive,
Suite 180
Sacramento, CA 95826
916/ 362-9000 VOICE
916/ 362-9066 FAX
mleonard@davisandleonard.com