ARNOLD & PORTER LLP
MONTY AGARWAL (No. 191568)
monty.agarwal@aporter.com
ERICA CONNOLLY (No. 288822)
erica.connolly@aporter.com
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Telephone:    415.471.3100
Facsimile:    415.471.3400

Attorneys for Plaintiff
THRESHOLD ENTERPRISES LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THRESHOLD ENTERPRISES LTD., a Delaware corporation,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>PERFORMANCE SPORTS NUTRITION, INC., d/b/a SOURCE ORGANIC WHEY, a Florida corporation,<br><br>　　　　　　　Defendant. | Case No.: 3:15-CV-1192-JCS<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

35372313v1

STIPULATION FOR DISMISSAL WITH PREJUDICE

1  IT IS HEREBY STIPULATED, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), by plaintiff Threshold Enterprises Ltd, on the one hand, and defendant Performance Sports Nutrition, Inc., on the other hand, through their respective counsel of record, that the above-captioned action is dismissed with prejudice in its entirety, with each party to bear its own attorneys' fees and costs.

Dated:  October 27, 2015                ARNOLD & PORTER LLP

                                        By:  /s/ Erica Connolly
                                             MONTY AGARWAL
                                             ERICA CONNOLLY

                                        Attorneys for Plaintiff
                                        THRESHOLD ENTERPRISES LTD.

Dated:  October 27, 2015                DAVIS & LEONARD, LLP

                                        By:  /s/ Stephen Davis
                                             STEPHEN DAVIS

                                        Attorney for Defendant
                                        PERFORMANCE SPORTS NUTRITION, INC.

## ATTESTATION

Pursuant to Local Rule 5-1, I, Erica Connolly, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's consent and have authorized the filing.

Dated: 10/28/15

IT IS SO ORDERED
Judge Joseph C. Spero

                                        /s/ Erica Connolly
                                        ERICA CONNOLLY

35372313v1

- 1 -
STIPULATION FOR DISMISSAL WITH PREJUDICE